TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00476-CV

Eric Wickstrom, Appellant

v.

Ramon Garcia Martinez and Commercial Metals Austin, Inc., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 94-14322, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 The transcript in this cause was filed August 7, 1997. No statement of facts has 
been tendered. By letter of October 6, 1997, the Clerk of this Court informed appellant that his
brief had been due September 8, 1997 and that the clerk's office had received neither a brief nor
a motion for extension of time within which to file a brief. Tex. R. App. P. 38.6(d). The letter
informed appellant that the appeal was subject to dismissal for want of prosecution unless
appellant showed a reasonable explanation for the failure to file a brief by October 16, 1997. 
Tex. R. App. P. 38.8(a)(1). To date, appellant has not responded. Accordingly, we dismiss the
appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

Before Chief Justice Carroll, Justices Jones and Kidd

Appeal Dismissed for Want of Prosecution

Filed: November 6, 1997

Do Not Publish